United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S. A., | Case No. 26-cv-00588-WHO |
| Plaintiff, | |
| v. | **REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |
| UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS), et al., | |
| Defendants. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to 24-cv-06580, *A.L. v. United States*.

**IT IS SO ORDERED.**

Dated: January 22, 2026



WILLIAM H. ORRICK
Senior United States District Judge